UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80769-CIV-HURLEY/HOPKINS

MICHAEL LEWIS,

   Plaintiff,

vs.

TOWN OF MANGONIA PARK, et al.,

   Defendants.
_____/

ORDER APPROVING JOINT STIPULATION
FOR SUBSTITUTION OF COUNSEL

  **THIS CAUSE** is before the court upon Oscar E. Marrero, Esq.'s stipulation for substitution of counsel [DE # 14].

  Having reviewed the stipulation, it is hereby **ORDERED** and **ADJUDGED** that:

1. The stipulation for substitution of counsel [DE # 14] is **APPROVED**. Lewis, Stroud & Deutsch, P.L., shall be substituted as counsel for defendant Officer Edward Sperbeck.

  **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___19___ day of March, 2008.

          Daniel T. K. Hurley
          United States District Judge

*Copies provided to counsel of record*