UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80769-CIV-HURLEY/HOPKINS

MICHAEL LEWIS,

        Plaintiff,

vs.

TOWN OF MANGONIA PARK, et al.,

        Defendants.
_____/

### ORDER APPROVING JOINT STIPULATION
### FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** is before the court upon the joint stipulation for substitution of counsel [DE # 17].

Having reviewed the stipulation, it is hereby **ORDERED** and **ADJUDGED** that:

1. The stipulation for substitution of counsel [DE # 17] is **APPROVED**. Cindy A. Sojka, Esq. shall be substituted as counsel for plaintiff Michael Lewis.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _26_ day of March, 2008.

                                      Daniel T. K. Hurley
                                      United States District Judge

*Copies provided to counsel of record*