UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80769-CIV-HURLEY/HOPKINS

MICHAEL LEWIS,

   Plaintiff,

v.

TOWN OF MANGONIA PARK, et al.,

   Defendants.
_____/

*CLOSED CASE*

### ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation of dismissal with prejudice [DE # 29-2] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on July 16, 2008. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITH PREJUDICE**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk of the Court shall enter the case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this __23__ day of July, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*